AO106(Rev.5/85) Affidavit for Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person, property, or premises to be searched)

Metropolitan Police Department
5001 Shepard Pkwy., S.W.
Washington, DC

**APPLICATION AND AFFIDAVIT
FOR SEARCH WARRANT**

FILED
SEP 1 9 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CASE NUMBER: 04-483

05 - 0502M - 01.

(Further described below)

I __Richard Peake__ being duly sworn depose and say:

I am a(n) __Officer with the Metropolitan Police Department__ and have reason to believe
(Official Title)

that ☐ on the person of or ☒ on the property or premises known as (name, description and or location)
Metropolitan Police Department, Blue Plains Impound Lot, located at 5001 Shepard Parkway, S.W., Washington, DC, a 1992 Cadillac, blue in color with Maryland Temporary Registration 63364L indicated on the vehicle is located as seized property. This vehicle identification number (VIN) is 1G6K453B0NU829438.

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property to be searched)
A 1992 Cadillac, blue in color with Maryland Temporary Registration 63364L and vehicle identification number (VIN) 1G6K453B0NU829438, containing documents establishing the owner/operator of the aforementioned Cadillac, including but not limited to vehicle registration certificates, titles, insurance cards and maintenance records.

which is (state one or more bases for search and seizure set forth under Rule 41(c) of the Federal Rules of Criminal Procedure)
21 USC 841(b)(1)

concerning a violation of Title _21_ United States Code, Section(s) _§841 a_. The facts to support a finding of Probable Cause are as follows:

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.   ☒ YES   ☐ NO

Steven B. Wasserman
Narcotics/Rm. 4114
(202) 307-0031

Signature of Affiant
Richard Peake, Officer
Metropolitan Police Department

Sworn to before me, and subscribed in my presence
SEP 1 9 2005
Date

JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer

at Washington, D.C.

Signature of Judicial Officer

1