## AFFIDAVIT

### I. BACKGROUND AND EXPERIENCE

1. I am an officer with the Metropolitan Police Department (MPD), Washington, DC, and have been so employed since July 2002. I am currently assigned to the Seventh District Focus Mission Unit. I have participated in the execution of over 50 search warrants and been involved in over 50 narcotics and firearms related arrests. I have participated in training classes provided by MPD and the Drug Enforcement Administration in the methods employed by narcotics traffickers to package, distribute, and conceal narcotics and narcotics paraphernalia, as well as the methods used to maintain and conceal their illicit activities.

### II. LOCATION TO BE SEARCHED

2. This affidavit is being submitted in support of an application which seeks authorization to search the following location:

    A. A 1992 CADILLAC, vehicle, blue in color, with Maryland Temporary Registration 63364L. The vehicle identification number is (VIN) 1G6K453B0NU829438.

### III. THE INVESTIGATION

3. On September 16, 2004, at approximately 10:50 pm, I along with other officers were on patrol in the area of 4206 4th Street, SE, Washington, DC, when I observed several males standing in front of this location next to the aforementioned Cadillac with the radio playing at a high volume. Due to the residential nature of this area and the late hour, I and the other officers approached the individuals to determine who the vehicle belonged to in order to have the music turned down.

4. As we approached these individuals standing next to the Cadillac, we observed alcoholic beverages on the ground in close proximity to the vehicle and within arms reach of

these individuals. In addition, one of the males fled the area as we pulled up to the Cadillac. Upon exiting the police cruiser, I observed three males remaining next to the vehicle. I asked one of the individuals, later identified as SHAWN BEST, who the Cadillac belonged to, and BEST stated that the vehicle belonged to him. I then asked BEST if he had any illegal contraband in the vehicle, and he responded in the negative. I then asked him if I could search the vehicle, and BEST responded "go ahead, you can search it."

5. A search of the interior of the vehicle revealed that the center console had been loosened from its base and found underneath the center console were three ziplock bags each containing a large white rock-like substance which field tested positive for cocaine base. BEST was then placed under arrest for Possession With Intent to Distribute Cocaine Base. A further search of the vehicle revealed a .45 caliber Sig Sauer handgun loaded with seven rounds of .45 caliber ammunition laying on top of the rear driver's side tire. A further search of the vehicle revealed a Maryland Temporary Registration Certificate for the aforementioned Cadillac in the name of "Shawn Best" from the passenger compartment of the vehicle, as well as a gun cleaning kit recovered from the trunk. On September 16, 2004, the aforementioned Cadillac was towed to the MPD's Blue Plains impound lot. The Maryland Temporary Registration Certificate was placed back into the vehicle at the time vehicle was brought to the impound lot.

6. Furthermore, it is believed that additional paperwork establishing BEST as the owner and operator of the vehicle is located inside the vehicle. In addition, the interior of the vehicle was not photographed on the date of the arrest. Accordingly, it is necessary to enter the Cadillac to take photographs of the interior, including the center console.

7. Based on the foregoing, your affiant submits that the aforementioned Cadillac constitutes evidence of a crime, to wit, Possession With Intent to Distribute Cocaine Base and Felon in Possession of a Firearm, and that documents establishing the identity of the owner and operator the Cadillac are located in the interior of the Cadillac. Furthermore, the interior of the Cadillac, including the center console of the vehicle where the crack cocaine was recovered, must be photographed as evidence in this investigation.

RICHARD D. PEAKE
Officer
Metropolitan Police Department

Sworn to and subscribed before me   U.S. District
this____ day of September 2005, the ~~Superior~~ Court of the District of Columbia

SEP 1 9 2005

United States Magistrate Judge
JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE