## ATTACHMENT A

(a)    Documents establishing the owner and operator of the aforementioned Cadillac. including, but not limited to vehicle registration certificates, titles, insurance cards, and maintenance records.

4