## Oral Request for Giglio Information

Pursuant to our obligations under Giglio v. United States, 405 U.S. 150 (1972), on the dates and to the officer(s) noted below, an oral request(s) was made for disclosure, to the extent known by the law enforcement officer(s)*, of potential impeachment information. Such request was made in anticipation of a trial or other judicial proceeding in which the law enforcement officer might be called to testify or serve as an affiant.

This request does not replace or change the ongoing obligation of individual law enforcement agency personnel to advise the AUSA of potential impeachment information of which an officer may become aware. This request for disclosure of potential impeachment information includes, to the extent known to the officer:

1.) Any finding of misconduct that reflects upon the truthfulness or possible bias of the employee, including a finding of lack of candor during an administrative inquiry;

2.) Any past or pending criminal charge brought against the employee; and

3.) Any credible allegation of misconduct that reflects upon the truthfulness or possible bias of the employee that is the subject of a pending investigation.

| DATE | NAME & AGENCY | RESPONSE/YES OR NO | AUSA SIGNATURE |
|---|---|---|---|
| 9/19/05 | Ofc Richard Booker | No - All 3 questions | [signature] |

If affirmative response is indicated, note details in separate memorandum. (NOTE: You should disclose affirmative responses from MPD officers to Sherrie Berthrong so it can be determined whether a Lewis list notation is warranted.)

* Lewis checks should also be run on each MPD officer witness.



United States Attorney
*District of Columbia*

*Judiciary Center*
*555 Fourth St. N.W.*
*Washington, D.C. 20530*

## REQUEST FOR IMPEACHING INFORMATION

To:

From:  Stevan E. Bunnell, Requesting Official
       U.S. Attorney's Office for the District of Columbia

Pursuant to United States Attorney General Alberto R. Gonzales' Giglio Policy and the Implementation Plan of the United States Attorney's Office for the District of Columbia, I hereby request the following potential "Giglio" information in your files within 30 days from the date of this letter unless otherwise indicated below.

| | |
|---|---|
| Case Name | |
| Case Number | |
| Judge | |
| Response Date if Not 30 days | |
| Trial/Hearing Date or Status of Case | |
| Witness Title. Name and SSN | |
| Witness Current Duty Station | |

Specific Giglio/Brady Request

FOR AGENCY USE ONLY

Results of the Search: