AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

Metropolitan Police Department
5001 Shepard Pkwy., S.W.
Washington, DC

**SEARCH WARRANT**

CASE NUMBER: ~~04-483~~ 05-0502M-01

TO: __Richard Peake__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by __Officer Richard Peake__ who has reason to believe that ☐ on the person or ☒ on the premises known as. (name, description and or location)

That on the property known as Metropolitan Police Department, Blue Plains Impound Lot, located at 5001 Shepard Parkway, S.W., Washington, DC, a 1992 Cadillac, blue in color with Maryland Temporary Registration 63364L indicated on the vehicle is located as seized property. This vehicle identification number (VIN) is 1G6K453B0NU829438.

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)

A 1992 Cadillac, blue in color with Maryland Temporary Registration 63364L and vehicle identification number (VIN) 1G6K453B0NU829438, containing documents establishing the owner/operator of the aforementioned Cadillac, including but not limited to vehicle registration certificates, titles, insurance cards and maintenance records.

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before __Sept 29, 2005__
(Date)

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☒ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

SEP 19 2005  at Washington, D.C.

Date and Time Issued
JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE

Name and Title of Judicial Officer                Signature of Judicial Officer

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| | 9-20-05 1300hrs. | OFC. Ross |

INVENTORY MADE IN THE PRESENCE OF N/A

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

Nothing taken.

FILED
SEP 21 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

x [signature]

Subscribed, sworn to, and returned before me this date.

John [signature] — U.S. Judge or U.S. Magistrate Judge

09/21/05 — Date